United States District Court
For the Northern District of Illinois
Eastern Division

FILED
MAY 07 2015
May 7, 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America,

v.

Carlos Avalos,

Case No: 14-cv-10181
Honorable Harry D. Leinenweber

## EMERGENCY Enter Judgment

Now comes Affiant, Carlos Avalos, pro-se, Moving this Honorable Court to Enter Emergency Judgment in the above titled case number 14 cr 10181 under Fed. R. Crim P. 36 to correct a clerical error in affiant's prison sentence and HEREBy Gives this Honorable Court Notice that Affiant Has filed this Petition on December 19, 2014 due to A sentence rendard by this very own Honorable Harry D. Leinenweber upon Affiant on Oct 23, 2014 case No: 12 cr 1010 And Has submitted All evidence that provides this Court under Fed. R. Crim. P. 36 to enter An Emergency Judgment So that Affiant can be immediately Released from Federal Custody As Affiant THas so far beguntoover exceeding his real release date And the longer this Honorable Court with Holds to Enter Judgment in this cause Affiant will continue to be forced to serve prison sentence that has long ago expired.

(1)

Affiant has indeed submited His transcripts of proceedings enterd on Oct. 23, 2014 case No 12 cr 1010 Aswell for the clerical error in the written judgment of Commitment.

Affiant Has filed His 2255 As Emergency status because Affiant did not want to over exceed his sentence by a simple clerical error that this Honorable Court enterd when the written judgment of commitment was finaled.

Fed. R. Crim. P 36 gives this Honorable Court to correct said Clerical ERROR, However, this Court has not enterd Judgment for reasons unbeknown to Affiant especially since Affiant filed this petition Almost 5 months ago And AFFIANT is being forced to endure tremendous hardship by Having to remain in prison without Any legal Right, when intact Affiant shouldn't have to suffer this miscarage of Justice And the longer this Court Continues to With Hold Judgment in this Emergencey Habeas Corpus petition is to Hold Affiant Carlos Avalos Illegally And Against the U.S. Constitution And His civil Liberty's are being violated.

Affiant Demands to see His Mexican Consulate under the Vienna Convention on Consular Relations, art. 36, April 24, 1963, 21 U.S.T. 77, 596 U.N.T.S. 261, and 28 C.F.R. § 50.5 (2003).

(2)

Affiant exersizes his rights under said Vienna Convention Art. 36. And Hereby Gives this Honorable Court Notice that His Right ARE BEING violated As Affiant HAS Not Received Judgment in His Petition And Immediatly Released from Federal Prison.

WHEREFORE, Affiant Moves this Court to Enter Emergency Judgment in this Cause And Order Affiants Immediate Release from Rivers Correctional Institution And be compasated for All days that Affiant over Exceeded His 30 month Federal Prison Sentence under case No. 12cr1010 And Any other Relief this Court Deems Right And Just.

Respectfully Submitted,

Carlos Avalos, pro-se
#45428-424
May 3, 2015

(3)